**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARICELA NOLASCO VENTURA,

Petitioner,

v.

JOSHUA JOHNSON,

Respondent.

Case No. ED CV 26-4138 FMO (AS)

**ORDER RE: FURTHER PROCEEDINGS**

The court is in receipt of petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"), and Motion for Temporary Restraining Order (Dkt. 4, "TRO Motion"). To facilitate prompt resolution of this action, IT IS ORDERED THAT:

1. This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07. The parties shall comply with the expedited briefing schedule set forth in General Order 26-05.

2. Petitioner's TRO Motion **(Document No. 4)** is **denied without prejudice**, as petitioner has not shown "imminent, irreparable harm that cannot be addressed under the standard scheduling order or by expediting the briefing schedule." General Order 26-05 at 5.

3. Each party may file objections to the findings and recommendations made by the Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Given the nature of the relief sought in the Petition, the Magistrate Judge should set a shortened objection period,

taking into account petitioner's pro se status. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (holding that a district court may shorten the time for filing objections where exigencies existed). Unless otherwise ordered, by this court or the Magistrate Judge, untimely objections will not be considered.

4. Petitioner shall not be removed from the Central District of California pending further order of the court. Respondent is cautioned that sanctions may be imposed if respondent takes any action impairing petitioner's ability to obtain complete relief.

Dated this 27th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge