JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MARICELA NOLASCO VENTURA,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. EDCV 26-4138-FMO (AS)<br><br>**JUDGMENT** |

Pursuant to the concurrently filed Order Granting Petition,

IT IS ADJUDGED that the Petition is GRANTED. The court shall retain jurisdiction over this case to enforce compliance with this Judgment. The above-captioned action is dismissed without prejudice.

DATED: August 4, 2026

____________/s/__________________
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE